ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 4 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

John W. Rives
**Plaintiff**

vs.

The Honorable Ray La Hood
**Defendant**

-RLV

1:11-CV-1940

## TITLE VII COMPLAINT

1. Plaintiff resides at 6494 Boca Grande Blvd, Forest Park, Georgia 30297

2. Defendant(s) names (s) The Honorable Ray La Hood, Sec'y Dept of Transportation.

Location of principal office(s) of the named defendant(s) 1200 New Jersey Avenue, SE, Washington, DC 20590

Nature of defendant(s) business U.S. Department of Transportation.

Approximate number of individuals employed by defendant(s) unknown

*Note: This is a form complaint provided by the Court for pro se litigants who wish to file an employment discrimination lawsuit. It is not intended to be used for other kinds of cases.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. § 2000e-5. Equitable and other relief are also brought under 42 U.S.C. §e-5(g).

1. The acts complained of this suit concern:

    A. _____ Failure to employ me.
    B. _____ Termination of my employment.
    C. __X__ Failure to promote me.
    D. __X__ Other (Specifiy) _retaliation/reprisal, Age discrimination, ~~Race discrimination~~_

5. Plaintiff:

    A. __X__ presently employed by the defendant.
    B. _____ not presently employed by the defendant. The dates of plaintiff's employment were _____.
    The reasons plaintiff was given for termination of employment is/are:
    (1) _____ plaintiff was discharged.
    (2) _____ plaintiff was laid off.
    (3) _____ plaintiff left the job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

    A. _____ my race
    B. _____ my religion.
    C. _____ my sex.
    D. _____ my national origin.
    E. __X__ Other (specify) _retaliation/reprisal, age discrimination._

7. The name(s), race, sex and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is/are:

David McDonald, Caucasion, male, SATSS-FV-2101-J

8. Describe the discriminatory actions or events you are complaining of in this lawsuit. Give factual detail, including names and dates concerning what happened. You do not need to refer to any statutes or cite law.

The (FAA) US DOT discriminated against me on the basis of race, age, and reprisal, due to my involvement in prior EEO activity, when it failed to select me for the position of Airway Transportation System Specialist. On 07-Feb-08, I was issued a letter of admonishment by David McDonald, A80 SOC supervisor. This was in contradiction to FAA orders and SOPs. On 11-JUN-08, I was not selected for one of three NOM positions at the A80 SOC by David McDonald. On 21-APR-2009, I received a letter of proposed suspension from David McDonald. I have received a final Agency decision with right to file civil action.


_____

_____

_____

_____

_____

_____

_____

_____

9.  The alleged illegal activity took place at  A80 SOC, 784 Hwy 74 S, Peachtree City, Ga. 30269

10. A.  _____  I have filed a charge with the Equal Employment Opportunity Commission regarding defendant(s). (I have attached a copy of my charge(s) filed with the Equal Employment Opportunity Commission, which are incorporated into this complaint.

    B.  _____  I have not filed a charge.

11. A.  __X__  I received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission on _____ (date). (I have attached a copy of the Notice of Right-to-Sue which is incorporated into this complaint.)

    B.  _____  I have not received a Notice of Right-to-Sue letter from the Equal Employment Opportunity Commission.

12. State what relief you are seeking from the Court. If you are seeking a monetary award (back pay or damages), state the amount you are seeking. If you are seeking injunctive relief (an order by the Court) issued against the defendant(s) summarize what should be in the order.

I am seeking promotion to ATSS-FY-2101-J with back pay, compensatory damages, and for such other and further relief as may be just and proper. The plaintiff requests a trial by jury.

14-JUN-11
Date

John W. Rives
Signature of Plaintiff

Address: 6494 Boca Grande Blvd, Forest Park, Georgia 30297

Telephone: 404-509-2942



**U.S. Department of Transportation**

Departmental Office of Civil Rights

Compliance Branch
1200 New Jersey Avenue, S.E., W76-401
Washington, DC 20590

Office of the Secretary
Of Transportation

**CERTIFIED MAIL/7005 1160 0001 0073 6122**
**RETURN RECEIPT REQUESTED**

May 4, 2011

Mr. John W. Rives
c/o Alison McIver, Esquire, Attorney At Law
1590 Atkinson Road, Suite 210
Lawrenceville, GA 30043

Ref: DOT Complaint No. 2008-22112-FAA-03
     EEOC No. 410-2009-00198X

Dear Mr. Rives:

We are transmitting the Final Order (FO) in your complaint of discrimination filed against the Department of Transportation (DOT) and the Federal Aviation Administration (FAA).

At your request, your complaint was sent to the Equal Employment Opportunity Commission (EEOC) for a hearing before an Administrative Judge (AJ). That process has been completed and the AJ issued a decision finding no discrimination. We have reviewed and analyzed the entire record in the complaint, and are accepting and fully implementing the AJ's decision.

If you are dissatisfied with this final order, you have the following appeal rights:

Within 30 calendar days of your receipt of this final decision, you have the right to appeal this decision to the:

        **U.S. Equal Employment Opportunity Commission**
        **Office of Federal Operation**
        **P.O. Box 77960**
        **Washington, DC 20013**

(EEOC Form 573, Notice of Appeal/Petition, is enclosed for this purpose.)

Within 90 calendar days of your receipt of this action, you may file a civil suit in an appropriate U.S. District Court. The Court, at your request, may appoint and authorize legal

counsel in circumstances that it deems just without the payment of fees, costs, or security. The granting or denial of the request is within the sole discretion of the Court.

You must name the person who is the official agency head or department head and his or her official title as the defendant in your appeal. In your case, you must name the following official as the defendant:

> **The Honorable Ray L. LaHood**
> **Secretary of Transportation**
> **1200 New Jersey Avenue, SE**
> **Washington, DC 20590**

Failure to provide the name or official title of the agency head or department head may result in dismissal of your case.

Please be advised that at the time you file any appeal or civil action, you must furnish a copy of the appeal documents to the following officials:

> Associate Director
> Compliance Operations Division
> Departmental Office of Civil Rights
> Department of Transportation
> 1200 New Jersey Avenue, S.E., W76-401
> Washington, DC 20590

> Jerry Mellody
> Assistant Chief Counsel
> Personnel and Labor Law Staff, AGC-30
> Office of the Chief Counsel
> Federal Aviation Administration
> 800 Independence Avenue, S.W.
> Washington, DC 20591

Sincerely,

*Carmen Sevier*
Carmen Sevier
Chief, Compliance Branch

Enclosures: 1) EEOC decision dated April 18, 2011
2) EEOC form 573

cc: John Rives
1695 Marceau Drive
Conley, GA 30288
w/Enclosures

ASO-9
w/Enclosure 1

Andrea Harper, Esq., ASO-7
w/Enclosure 1

Vincent Hill
Administrative Judge
Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
w/o Enclosures